O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM MILTON, | Case No. 2:01-04090 CAS (ADS) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| ERNEST C. ROE, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for Relief from Final Judgment Under Federal Rule of Civil Procedure 60(b) ("Motion") (Dkt. No. 56), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 61), Petitioner's objections to the Report and Recommendation (Dkt. No. 62), and all the records and files herein. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections were made. The Court overrules the objections and accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted (Dkt. No. 61);

2. The Motion is denied (Dkt. No. 56); and

3. The Certificate of Appealability is denied.

DATED:  April 23, 2024

*Christina A. Snyder*

THE HONORABLE CHRISTINA A. SNYDER
United States District Judge